UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. S2-4:18-CR-00565-CDP (JMB) |
| 1-DEMETRIUS TYRESE JOHNSON, | ) ) ) | |
| Defendant, | ) | |

## SUPERSEDING INFORMATION

### COUNT I

The United States Attorney charges that:

Beginning at an exact time unknown, but including September of 2014 and through the date of this Superseding Information, within the Eastern District of Missouri and elsewhere,

**1-DEMETRIUS TYRESE JOHNSON,**

did knowingly and intentionally combine, conspire, confederate, and agree together with one or more other persons known and unknown to commit the following offenses against the United States: (a) to distribute and possess, with the intent to distribute, mixtures or substances containing detectable amounts of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

The quantity of fentanyl involved in the conspiracy attributable to the defendant as a result of his own conduct, and the conduct of other conspirators reasonable foreseeable to him, is 400 grams or more, punishable under Title 21, United States Code, Section 841(b)(1)(A)(vi).

## COUNT II

The United States Attorney further charges that:

On or about July 18, 2018, within the Eastern District of Missouri, the defendant,

**1-DEMETRIUS TYRESE JOHNSON,**

knowing that he had been convicted previously in a court of law or one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess one or more firearms that traveled in interstate commerce at some time prior to or during the defendant's possession, in violation of Title 18, United States Code, Section 922(g).

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

_____
ANGIE E. DANIS #64805MO
LISA M. YEMM, #64601MO
Assistant United States Attorney

UNITED STATES OF AMERICA )
EASTERN DISTRICT OF MISSOURI )
EASTERN DIVISION )

I, ANGIE E. DANIS, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

*/s/ Angie Danis*

Subscribed and sworn to before me this  10th  day of  September , 2020.

Gregory J. Linhares
CLERK, U.S. DISTRICT COURT

By: /s/Jason W. Dockery
DEPUTY CLERK